| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 14 CR 368-003 (JFK) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 17 MJ 91 (SKO) |

FILED
JUN 28 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1:17 CR 00161 LJO

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | |
|---|---|---|
| Noemi Ramirez | SOUTHERN DISTRICT OF NEW YORK | |
| | NAME OF SENTENCING JUDGE | |
| | John F. Keenan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 6/6/2017 | TO 6/5/2020 |

**OFFENSE**

Count 1: CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE, 21 USC 846, 841(b)(1)(C), a Class C Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/22/17
Date

*/s/ John F. Keenan*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 29, 2017
Effective Date

United States District Judge